UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

**DESTINY LEWIS, as Parent and Natural Guardian of M.S., Minor Child**
**Plaintiff(s),**

CASE NO.:  8:24-cv-1864

vs.

**GULFPORT POLICE DEPARTMENT,**
**PINELLAS COUNTY SCHOOL BOARD d/b/a**
**PINELLAS COUNTY SCHOOLS,**
**BOCA CIEGA HIGH SCHOOL and**
**SERGEANT MICHAEL VANENBURG**
**Defendant.**
_____/

### PLAINTIFF'S NOTICE OF APPEAL

COMES NOW the Plaintiff, ("M.S."), a (minor) child, by and through DESTINY LEWIS, as Parent and Natural Guardian, and sues the Defendants, GULFPORT POLICE DEPARTMENT, ("GPD"), a Florida public entity, PINELLAS COUNTY SCHOOL BOARD, Florida public entity, d/b/a PINELLAS COUNTY SCHOOLS, BOCA CIEGA HIGH SCHOOL, ("BCHS"), Florida public entity, and SERGEANT MICHAEL VANENBURG, in his individual capacity, and provides this Notice of Appeal to the Eleventh Circuit Court of Appeal, on Order of this court entered into the docket at [Doc. 42 ] Among the issue(s) on appeal:

1. Whether a district court has authority to dismiss a police department and high school as Defendants to an initial complaint and require an (amended) complaint to include sufficient factual allegations to establish municipal liability under Connick and  officer immunity under Section 768.28(9)(a) when the Court finds the officer is not entitled to qualified immunity and the Complaint is not dismissed against the School Board to which the High School is a member?

2. Whether a district court has authority to dismiss a a police department and High School ("High School") as a Defendants to an initial Complaint when the Court finds the initial Complaint properly "alleges that the officer acted within the scope of his duties as a contractor of the school board and because the complaint states a claim for battery, assault, and false imprisonment, and each sufficiently alleges a claim against the School Board" to which the High School is a member?

Dated: June 11, 2025

> Respectfully submitted,
> /s/ Shannon A. Ligon
> Shannon A. Ligon, Esquire
> Florida Bar #59191
> Ligon Law Group, LLC dba PrettySMART Law
> 121 S. Orange Ave Suite 1500 Orlando, FL 32801
> Phone: 888-779-7426
> Shannon@PrettySMARTLaw.com
> PrettySMARTLaw@gmail.com
> **Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Respectfully submitted,
> /s/ Shannon A. Ligon
> Shannon A. Ligon, Esquire
> Florida Bar #59191
> Ligon Law Group, LLC dba PrettySMART Law
> 121 S. Orange Ave Suite 1500 Orlando, FL 32801
> Phone: 888-779-7426
> Shannon@PrettySMARTLaw.com
> PrettySMARTLaw@gmail.com
> **Counsel for Plaintiff**

## SERVICE LIST

**Counsel for Defendants**
Kristin S. Gonzalez, Esquire
Banker Lopez Gassler P.A.

360 Central Avenue, #700
St. Petersburg, FL 33701
Service: Servicee-jamon@bankerlopez.com
Phone: (727) 825-3633
FBN: 0103060
*Attorney for Defendant Pinellas County School Board*

Sean M. Conahan, Esq.
Shelton McKean
9700 9th Street North
St. Petersburg, FL 33702
Service: sconahan@sheltonmckean.com
Phone: (727) 316-6330
FBN: 0468878
*Attorney for Defendant Michael Vandenberg*

Andrew Dayes, Esq.
Dayes Law Firm, PLLC
Service: aid@dayeslaw.com
727 2nd St S
Safety Harbor, FL 34695-3906
Office: 727-240-1332
FBN: 619116
*Attorney for Defendant Gulfport Police*

**Counsel for Plaintiff(s)**
Natalie A. Jackson, Esquire
Ben Crump Law
121 S. Orange Ave Suit 1500
Orlando, Fl 32801
Service: natalie@bencrump.com
Phone: 800-715-5999
*Co-Counsel Attorney for Plaintiffs*