UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

**DESTINY LEWIS, as Parent and Natural Guardian of M.S., Minor Child**

CASE NO.: 8:24-cv-1864

  Plaintiff(s),

vs.

**GULFPORT POLICE DEPARTMENT,
PINELLAS COUNTY SCHOOL BOARD d/b/a
PINELLAS COUNTY SCHOOLS,
BOCA CIEGA HIGH SCHOOL and
SERGEANT MICHAEL VANENBURG (sic) VANDENBERG**
  Defendant(s).
_____/

**JOINT NOTICE OF SETTLEMENT WITH DEFENDANTS PINELLAS COUNTY SCHOOL BOARD AND BOCA CIEGA HIGH SCHOOL**

**COMES NOW**, DESTINY LEWIS as Parent and Natural Guardian of M.S., Minor Child, Plaintiff, by and through undersigned counsel, and Defendants, Pinellas County School Board and Boca Ciega High School, by and through their respective counsel, hereby notify the Court that the parties have reached a settlement as to all claims between Plaintiff and these Defendants only.

The Plaintiff has signed a finalized written settlement agreement and anticipate filing a stipulation for dismissal *with* prejudice as to Defendants,

Pinellas County School Board and Boca Ciega High School, within fourteen days (14) days.

Accordingly, the parties respectfully request that the Court administratively close this action as to Defendants, Pinellas County School Board and Boca Ciega High School only, pending the filing of dismissal documents.

Respectfully submitted this **15th** day of **August**, 2025.

Respectfully submitted,

*Counsel for the Plaintiffs*
**/s/Shannon A. Ligon**
Shannon A. Ligon, Esquire
Bar # 59191
121 S. Orange Avenue
Ste. 1500
Orlando, Florida 32801
(888) 779-7426
Shannon@PrettySMARTLaw.com
***Lead Counsel Attorney for Plaintiffs***

Natalie A. Jackson, Esq.
**/s/ Natalie Jackson**
Florida Bar No. #646075
Email: Natalie@BenCrump.com
**Ben Crump Law**
121 S. Orange Ave Suite 1500
Orlando, FL 32801
Office: 800-715-5999
***Co-Counsel Attorney for Plaintiffs***

*Counsel for Defendants, Pinellas County School Board & Boca Ciega High School*

<u>/s/ *Kristin S. Gonzalez*</u>
Kristin S. Gonzalez, Esquire

William Kebler, Esquire

Banker Lopez Gassler P.A.
360 Central Avenue, #700
St. Petersburg, FL 33701
Service: Servicee-jamon@bankerlopez.com
Phone: (727) 825-3633
**Attorneys for Defendant Pinellas County School Board**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **15th** day of **August**, **2025**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>**/s/Shannon A. Ligon, Esquire**</u>
Shannon A. Ligon, Esq.
Florida Bar No. 59191
**Ligon Law Group, LLC dba PrettySMART Law**
Email: Shannon@PrettySMARTLaw.com
Copies to: PrettySMARTLaw@gmail.com
121 S. Orange Ave Suite 1500
Orlando, FL 32801
Tel. (888)-779-7426
**Attorney for Plaintiffs**

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(G)**

Pursuant to Local Rule 3.01(g), the undersigned certifies that she has conferred with counsel for the Defendants Pinellas County School Board and Boca Ciega High School and do not oppose this motion and is filed in a good faith effort to resolve the issues raised in this notice.

    Respectfully submitted,
/s/***Shannon A. Ligon, Esq.***
Florida Bar No. 59191
**Ligon Law Group, LLC dba PrettySMART Law**
Email: Shannon@PrettySMARTLaw.com
Copies to: PrettySMARTLaw@gmail.com
121 S. Orange Ave Suite 1500
Orlando, FL 32801
Tel. (888)-779-7426
**Lead Attorney & Co-Counsel for Plaintiffs**